NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL S. FOY, DOC# R62628,               )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D18-344
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
                                           )
_____    )

Opinion filed October 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Michael S. Foy, pro se.


PER CURIAM.

          Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.